Frederick M. Carroll
California Bar No. 227628
Law Offices of Frederick M. Carroll
427 C Street, Suite 310
San Diego, Ca. 92101
(619) 702-3251
Frederickcarroll@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUAN ALVAREZ INZUNZA,<br><br>          Defendant. | Case No.:  14CR2253-DMS<br><br>Date:  July 9, 2021<br>Time:  9:00 a.m.<br><br>NOTICE OF MOTION & MOTION FOR DISCOVERY |

## I. Notice of Motion

Please be advised that Counsel seeks to have the following motion granted.

## II. Motion for Discovery

### A. Charge

Mr. Harrison is charged in a lengthy, multi-defendant indictment, charging various conspiracies to launder monetary instruments, import and distribute narcotics and other related offenses.

**B. Discovery provided thus far**

Counsel is gathering most of what is necessary to proceed in this matter and has been in communication with the Government, expecting some further discovery. To date, counsel has received over 2TB of discovery. Communication with the government regarding the discovery has been extremely professional, productive, open and continuing. Counsel also has no reason to believe discovery will be anything other than prompt and amicable. Nonetheless, there remains much information for counsel and Mr. Inzunza to process and review.

To protect Mr. Inzunza's constitutional and statutory rights if the need arise, Counsel requests production of all materials to which Mr. Inzunza is entitled under Federal Rule of Criminal Procedure 16. This request includes materials covered by *Brady v. Maryland* and Federal Rule of Evidence 404 and encompasses any information that may be material—meaning helpful or relevant—to the preparation of the defense's case, or to the decision whether to pursue or abandon a line of defense. *See United States v. Hernandez-Meza*, 720 F.3d 760, 768 (9th Cir. 2013); *United States v. Doe*, 705 F.3d 1134, 1151 (9th Cir. 2013); *United States v. Budziak*, 697 F.3d 1105, 1111 (9th Cir. 2012).

///

///

///

**C. Conclusion**

Mr. Inzunza asks that the Court grant his motion.

                                                *s/ Frederick M. Carroll*
                                                Frederick M. Carroll
                                                Attorney for Mr. Inzunza