# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JUAN ALVAREZ INZUNZA,**<br><br>Defendant. | Case No. 14CR2253-DMS<br><br><br><br><br>**ORDER** |

The United States of America, by its counsel Assistant U.S. Attorney Daniel Zipp, and defendant Juan Manuel Alvarez Inzunza, by Frederick M. Carroll, jointly move to continue the Motion Hearing set for July 9, 2021 at 11:00 a.m.

IT IS SO ORDERED that the joint motion is granted. The Motion Hearing shall be continued to August 13, 2021 at 11:00 a.m.

Dated: 07/07/21

**HONORABLE DANA SABRAW**
Chief Judge, United States District Court