# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> V. <br><br> JUAN MANUEL ALVAREZ INZUNZA, <br><br> Defendant. | Criminal Case No. 14CR2253-DMS <br><br> <u>ORDER</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count One of the 2nd Superseding Indictment.

Dated: 6/2/2022

Hon. Dana M. Sabraw
United States District Judge

14CR2253-DMS