# SENTENCING SUMMARY CHART

[ X  AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

Sentencing Date: October 7, 2022

USPO ____
AUSA  X
DEF ____

| | |
|---|---|
| Defendant's Name: Juan Manuel Alvarez Inzunza | Docket No.: 14-CR-2253-DMS |
| Attorney's Name: Daniel E. Zipp | Phone No.: 619-546-8463 |
| Guideline Manual Used: November 1, 2021 | Agree with USPO Calc.: No |

Base offense Levels: (Drug Quantity if Applicable): § 2S1.1(a)(1) — 8

Reduced Base Offense Level for Minor Role — ____

Specific Offense Characteristics:
Amount of Money Laundered > $3.5 million [§2B1.1(b)(1)] — +18
Knowledge of Drug Proceeds [§2S1.1(b)(1)] — +6
Business of Laundering Funds [§2S1.1(b)(2)] — +4

Victim Related Adjustment: ____

Adjustment for Role in the Offense [USSG § 3B1.1]: +4

Adjustment for Obstruction of Justice: ____

Adjusted Offense Level: 40
____Combined (Mult. Counts)  ____Career Off.  ____Armed Career Crim.

Adjustment for Acceptance of Responsibility: [ X  Gov. Motion – USSG § 3E1.1(b)] -3

Total Offense Level: 37

Criminal History Score: 0

Criminal History Category: I
____Career Offender  ____Armed Career Criminal

Guideline Range: from 210 mths to 262 mths

Resulting Guideline Range: Adjusted Offense Level 37
(Range limited by: ____minimum mand.  x  statutory maximum)       from 210 mths to 240 mths

**Recommendation**: 240 months' custody, no supervised release to follow